CRIMINAL CASE COVER SHEET
U.S. DISTRICT COURT
PLACE OF OFFENSE:

3:16cr49 HTW FKB

CITY: __Jackson__

COUNTY: __Hinds__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # ____
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

DEFENDANT INFORMATION:

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: _X_ YES ___ NO

NAME/ALIAS: __Guy E. "Butch" Evans__

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 13 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

U.S. ATTORNEY INFORMATION:

AUSA __Mary Helen Wall__        BAR # __100857__

INTERPRETER: _X_ No ___ Yes   LIST LANGUAGE AND/OR DIALECT: ____

LOCATION STATUS:   ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

U.S.C. CITATIONS

TOTAL # OF COUNTS: _2_    ___PETTY   ___MISDEMEANOR   _2_ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 __18:1349.F__ | 18 USC §1349 | Attempt and Conspiracy | 1 |
| Set 2 __18.666C.F__ | 18 USC §666(a)(2) | Bribery Involving Federal Programs | 2 |

Date: __7-11-16__        SIGNATURE OF AUSA: __Mary Helen Wall__

Revised 2/26/2010