# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi ▾

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:16-CR-00049-HTW-FKB-1 |
| Guy E. "Butch" Evans ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Rick McCarty
Mississippi Department of Corrections
633 North State Street
Jackson, Mississippi

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Courthouse 501 E. Court Street Jackson, MS 39201 | Courtroom No.: 6A |
| --- | --- | --- |
| | | Date and Time: 04/09/2018, 9:00 A.M. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/08/2018

CLERK OF COURT       ARTHUR JOHNSTON

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Guy E. "Butch" Evans
_____, who requests this subpoena, are: Charles E. Griffin, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, MS 39157
charles.griffin@butlersnow.com (601) 985-4583

Case No. 3:16-CR-00049-HTW-FKB-1

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Rick McCarty

was received by me on *(date)* 3/8/2018 .

☑ I served the subpoena by delivering a copy to the named person as follows: Janice Stancil MDOC Legal Department on behalf of Rick McCarty
on *(date)* 3-8-18 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-8-18

Glen Haynes
*Server's signature*

Glen Haynes, Messenger
*Printed name and title*

1020 Highland Colony Parkway, Ridgeland, MS 39157
*Server's address*

Additional information regarding attempted service, etc: