# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**  **CRIMINAL NO. 3:16-CR-00049-HTW-FKB-1**

**GUY E. "BUTCH" EVANS**

## NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, Guy E. "Butch" Evans, by and through the undersigned counsel of record, and notifies the Court and the United States Attorney's Office that he intends to plead guilty to an information to be prepared by the United States Attorney's Office in this matter.

Respectfully submitted this the 16th day of March, 2018.

GUY E. "BUTCH" EVANS, Defendant

By: /s/ *Charles E. Griffin*
Charles E. Griffin (MSB No. 5015)
James B. Tucker (MSB No. 8297)
Amanda Barbour (MSB NO. 99119)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400 (39157)
Post Office Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 985-4557]
Facsimile: (601) 985-4500
charles.griffin@butlersnow.com
james.tucker@butlersnow.com
amanda.barbour@butlersnow.com

Edward L. Stanton, III
BUTLER SNOW LLP
Crescent Center
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
edward.stanton@butlersnow.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I, Charles E. Griffin, hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all parties of interest.

On this the 16th day of March, 2017.

                                              */s/Charles E. Griffin*
                                              Charles E. Griffin